**Melvin A. Pfaelzer, Plaintiff-Appellee, v. Florence Kostner, Defendant-Appellant.**

**Gen. No. 51,452.**

First District, First Division.

September 25, 1967.

Joseph O. Kostner, of Chicago, for appellant; Muller Davis, of Chicago (Raymond, Mayer, Jenner & Block, of counsel), for appellee. Opinion by JUSTICE BURMAN. **Not to be published in full.**